# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2142
L.T. Case No. 2023-DR-2460

_____

TIMOTHY E. GRUBAUGH, JR.,

Appellant,

v.

ANITA MARIE GRUBAUGH,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gregg Jerald, Judge.

Timothy E. Grubaugh, Jr., Dunnellon, pro se.

Anita Marie Grubaugh, Ocala, pro se.

January 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKER, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____